584 A.2d 253

MURRELL WATKINS, ET AL. v. RESORTS
INTERNATIONAL, ET AL.

June 26, 1990.

Petition for certification granted.

584 A.2d 253

ELMORA HEBREW CENTER, INC. v. YALE M.
FISHMAN, ET AL.

June 26, 1990.

Petition for certification granted. (See 239 *N.J.Super.* 229, 570 *A.*2d 1297)

584 A.2d 254

IN RE THE PETITIONS OF MURREL WATKINS AND ABRAHAM
MCDANIEL TO INTERVENE IN THE CASINO LICENSE RE-
NEWAL PROCEEDINGS FOR RESORTS INTERNATIONAL
HOTEL, INC., AND BALLY'S PARK PLACE, INC.

June 26, 1990.

Petition for certification denied.

584 A.2d 254

STATE OF NEW JERSEY v. JOHN WILLIAM BROWN.

June 26, 1990.

Petition for certification denied.